PATTERSON BELKNAP WEBB & TYLER LLP
John D. Winter
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc.
and Johnson & Johnson Pharmaceutical Research and Development, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
HERMAN MARKS,

          Plaintiff,

    v.

JOHNSON & JOHNSON, ORTHO-MCNEIL
PHARMACEUTICAL, INC., and JOHNSON &
JOHNSON PHARMACEUTICAL RESEARCH
AND DEVELOPMENT, LLC,

          Defendants.
---------------------------------x

**RULE 7.1 STATEMENT**
**CV 08 3552 (SWK)**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. and Johnson and Johnson Pharmaceutical Research and Development, LLC, by its attorneys, Patterson Belknap Webb & Tyler LLP, certifies that the following identifies their corporate parents, subsidiaries or affiliates that are publicly held:

                            Johnson & Johnson

Dated:  New York, New York
         May 1, 2008

                      PATTERSON BELKNAP WEBB & TYLER LLP

                      By: _____
                          John D. Winter
                        A Member of the Firm
                     Attorneys for Defendants
                     1133 Avenue of the Americas
                     New York, New York 10036-6710
                     Telephone: (212) 336-2000

TO: LEWIS SAUL & ASSOCIATES, PC
Lewis J. Saul
Attorneys for Plaintiff
29 Howard Street, #3
New York, NY 10013
Phone: (212) 226-3413