

**New Jersey Lawyers Service**
**2333 U.S. Hwy 22 West**
**Union, New Jersey 07083**
**908-686-7300**

JOB #    53740

PLAINTIFF

HERMAN MARKS VS. JOHSON & JOHNSON, ORTHO-MCNEIL
PHARMACEUTICAL, INC., & JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, L.L.C.

DEFENDANT

US DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NY
DOCKET 08 CV 3552

AFFIDAVIT OF SERVICE

Attorney:        File #

SAUL & ASSOCIATES/LEWIS
183 MIDDLE STREET
PORTLAND        ME    04101
(207) 874-7407

Papers Served:  US DISTRICT SUMMONS AND COMPLAINT

Person to be served: JOHNSON & JOHNSON
1 JOHNSON & JOHNSON PLZ
NEW BRUNSWICK NJ 08933

Served Successfully [✓]   Not Served [ ]   Date  5/29/2008      Time  11:30 AM

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member
over 14 years of age residing therein (indicate name
relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing
agent, registered agent, etc.
(indicate name  official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

KIM GIGANTI
AUTHORIZED AGENT

Sex: FEMALE      Age: 40/50      Weight: 140/150    Skin Color: WHITE      Hair Color: BROWN

Military Service I asked the person whether recipient was in active military service of the United States or the State of New Jersey in any
activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information
and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
30TH day of May 2008

Notary Signature
FRANCESCO NAPPI
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. Jan. 9, 2011

I  SALVATORE COSSARI , at the time of service a competent
adult not having a direct interest in the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

Signature of Process Service

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB #   53739

---

**PLAINTIFF**

HERMAN MARKS VS. JOHSON & JOHNSON, ORTHO-MCNEIL PHARMACEUTICAL, INC., & JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, L.L.C.

**DEFENDANT**

US DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NY
DOCKET 08 CV 3552

AFFIDAVIT OF SERVICE

Attorney:         File #

SAUL & ASSOCIATES/LEWIS
183 MIDDLE STREET
PORTLAND    ME   04101
(207) 874-7407

---

Papers Served: **US DISTRICT SUMMONS AND COMPLAINT**

Person to be served: **ORTHO-MCNEIL PHARMACEUTIC**
1 JOHNSON & JOHNSON
NEW BRUNSWICK NJ 08933

Served Successfully ☑   Not Served ☐   Date **5/29/2008**   Time **11:30 AM**

Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

**KIM GIGANTI**
**AUTHORIZED AGENT**

Description of Person Accepting Service:

Sex: **FEMALE**   Age: **40/50**   Weight: **140/150**   Skin Color: **WHITE**   Hair Color: **BROWN**

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
30th day of May 2008

Notary FRANCESCO NAPPI
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Exp. Jan. 9, 2011

I **SALVATORE COSSARI**, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB #  53741

---

**PLAINTIFF**

HERMAN MARKS VS. JOHSON & JOHNSON, ORTHO-MCNEIL PHARMACEUTICAL, INC., & JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, L.L.C.

**DEFENDANT**

**US DISTRICT COURT OF NEW YORK**
**SOUTHERN DISTRICT OF NY**

DOCKET 08 CV 3552

**AFFIDAVIT OF SERVICE**

Attorney:  File #
**SAUL & ASSOCIATES/LEWIS**
183 MIDDLE STREET
PORTLAND        ME    04101
(207) 874-7407

Papers Served: **US DISTRICT SUMMONS AND COMPLAINT**

Person to be served: **JOHNSON & JOHNSON PHARMAC RESEARCH AND DEVELOPMENT LLC 1 JOHNSON & JOHNSON NEW BRUNSWICK NJ 08933**

Served Successfully ☑   Not Served ☐   Date **5/29/2008**   Time **11:30 AM**

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

**KIM GIGANTI**
**AUTHORIZED AGENT**

Sex: **FEMALE**   Age: **40/50**   Weight: **140/150**   Skin Color: **WHITE**   Hair Color: **BROWN**

Military Service I asked the person whether recipient was in active military service of the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
30th day of _____ 2008

**FRANCESCO NAPPI**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Exp. Jan. 9, 2011**
Notary Signature

I **SALVATORE COSSARI**, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service