

# Patterson Belknap Webb & Tyler

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

June 2, 2008

John D. Winter
Partner
(212) 336-2836
Direct Fax (212) 336-2369
jwinter@pbwt.com

Honorable Sidney H. Stein
United States District Court
Southern District of New York         MEMO ENDORSED
500 Pearl Street
New York, New York  10007

<b>Marks v. Johnson & Johnson, No. 1:08 CV 03552 (SHS)</b>

Dear Judge Stein:

      We represent defendants and are writing with respect to the pretrial conference set for June 13, 2008 in this matter. With plaintiff's consent, we respectfully ask that the conference be rescheduled for a date during the week of June 23, 2008. We request the adjournment because I am the attorney responsible for this matter at our firm and between June 13 and June 20, I will be away with my family. This is the first application by either party for an adjournment of the June 13 pretrial conference.

      Respectfully submitted,

John D. Winter

*The conference is adjourned to 6/27/08, at 12:00 pm.*

cc:    Kevin Fitzgerald, Esq.

SO ORDERED 6/2/08

SIDNEY H. STEIN
U.S.D.J.

165317 lv.1