08cv3552

> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> JUL 1 1 2008
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION

MDL No. 1943

(SEE ATTACHED SCHEDULE)

[U.S. District Court S.D. of N.Y. seal – JUL 21 2008]

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 13, 2008, the Panel transferred seven civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 13, 2008, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED COPY
MICHAEL McMAHON
CLERK
BY: DEPUTY CLERK

SCANNED
JUL 2 1 2008
U.S. DISTRICT COURT MPLS

IN RE: LEVAQUIN PRODUCTS LIABILITY LITIGATION

MDL No. 1943

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| KANSAS | | | | |
| KS | 6 | 08-1153 | Rosie Nails v. Johnson & Johnson, et al. | 08-4695 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 08-3552 | Herman Marks v. Johnson & Johnson, et al. | 08-4696 |
| UTAH | | | | |
| UT | 1 | 08-54 | Tina Ekker v. Johnson & Johnson, et al. | 08-4697 |
| WASHINGTON WESTERN | | | | |
| WAW | 2 | 07-1876 | Patricia A. Hammond, etc. v. Ortho-McNeil Pharmaceutical, Inc. | 08-4698 |